UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN L. OAKLEY, | CASE NO. C20-1711 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DOMINO'S PIZZA LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Having received Defendant's Motion to Compel Arbitration (Dkt. No. 7) and Plaintiff's Motion to Remand (Dkt. No. 11) and finding that the Court cannot consider Defendant's Motion until the issue of the Court's jurisdiction is resolved, the Court hereby re-notes Defendants' Motion to Compel Arbitration for **January 8, 2021**, to be considered after the briefing on the Motion to Remand is complete.

The clerk is ordered to provide copies of this order to all counsel.

MINUTE ORDER - 1

Filed January 4, 2021.

                William M. McCool
                Clerk of Court

                s/Grant Cogswell
                Deputy Clerk